IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TONY L. HOBBS,

    Petitioner,

v.                                      CASE NO. 4:11-cv-00223-MP-CAS

KENNETH S. TUCKER,

    Respondent.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 28, 2014. (Doc. 30). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The magistrate judge's Report and Recommendation (Doc. 30) is adopted and incorporated by reference in this order.

2.    The amended petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254 (Doc. 11) is DENIED.

3.    A certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

4. Leave for Petitioner to appeal this Order *in forma pauperis* is DENIED.

**DONE AND ORDERED** this  *27th* day of February, 2014

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
